1  JAMES J. WALDORF BAR NO. 38297
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

6
7
8              UNITED STATES DISTRICT COURT
9          FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                  WESTERN DIVISION

11 UNITED STATES OF AMERICA,  )  CASE NO. ACV 07-4699 (06-4107 struck through)
12     Plaintiff,             )  CONSENT JUDGMENT
13     v.                     )
14 CHRISTOPHER M STRICKLAND   )
15     Defendant.             )
16 _____)

17
18     Pursuant to the above stipulation of the parties, Judgment is hereby entered
19 in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant,
20 CHRISTOPHER M. STRICKLAND, in the total amount of $4,686.49.

21
22 Dated: 1/2/2008            SHERRI R. CARTER, CLERK
                              United States District Court
23                            Central District of California
24
                              By: /s/ Linda Rayford
25                            Deputy Clerk
26
27
28

1